IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
NORTHERN DIVISION

UNITED STATES OF AMERICA

v. CRIMINAL NO. 3:26-cr-43-HTW-LGI

WILLIAM DANIEL ROGERS

**NOTICE OF FORFEITURE**

NOTICE IS HEREBY GIVEN that on October 7, 2026, the Honorable Henry T. Wingate, United States District Judge for the Southern District of Mississippi, entered an *Amended Agreed Preliminary Order of Forfeiture* [24] condemning and forfeiting to the United States of America the property described below:

| ASSET NO. | DESCRIPTION |
|---|---|
| 25-USP-001254 | One (1) WHELAN 35, SN MAA8707 |
| 25-USP-001255 | One (1) MARLIN .357, SN 18081129 |
| 25-USP-001256 | One (1) GLOCK 17, SN 0088576EN1 |
| 25-USP-001257 | One (1) H&R 45-70, SN 297678 |
| 25-USP-001258 | One (1) SPRINGFIELD .40 CAL, SN US461060 |
| 25-USP-001259 | One (1) RUGER .300-MAG, SN 695-79867 |
| 25-USP-001260 | One (1) ROSSI BRAWLER .410, SN 7CD0009806T |
| 25-USP-001261 | One (1) KIMBER .45-CAL, SN KU316528 |
| 25-USP-001262 | One (1) COLT .357-MAG, SN J80485 |
| 25-USP-001263 | One (1) THOMPSON .243, SN P4413 |
| 25-USP-001264 | One (1) BENELLI 12-GAUGE, SN U542715U16 |
| 25-USP-001265 | One (1) WINCHESTER 30-30, SN 5068270 |
| 25-USP-001266 | One (1) BERETTA 9MM, SN BER 83897 |
| 25-USP-001267 | One (1) SMITH & WESSON .38, SN CZZ6033 |
| 25-USP-001268 | One (1) HENRY ARMY 45-70, SN FFSB46336 |
| 25-USP-001269 | One (1) BROWNING .22-CAL, SN 515MV07685 |
| 25-USP-001270 | One (1) SPRINGFIELD 30-06, SN 00263MT95M |
| 25-USP-001271 | One (1) BROWNING ARMS .300, SN 78975MY351 |
| 25-USP-001272 | Four Thousand, Four Hundred Forty Dollars ($4,440) |
| 25-USP-001273 | One CHEVROLET SILVERADO BEARING<br>VIN: 1GCUYEED5MZ446925 |
| TBD | Any and all Ammunition |

The Amended Agreed Preliminary Order of Forfeiture having been entered, the United States hereby gives notice of its intention to dispose of the forfeited property in such manner as the Attorney General of the United States may direct. Any persons or entities having or claiming a legal right, title, or interest in the aforementioned property must, within **thirty (30) days** of the final publication of this Notice or actual receipt thereof, whichever is earlier, petition the United States District Court for the Southern District of Mississippi for a hearing to adjudicate the validity of his/her alleged interest in the property pursuant to 21 U.S.C. § 853(n). If a hearing is requested, it shall be held before the Court alone, without a jury. Petitioners will bear the burden of proof in all such cases. Petitions that fail to allege an interest sufficient to maintain a claim under § 853(n) shall be subject to dismissal without a hearing. *See* Rule 32.2(c)(1)(A) of the Federal Rules of Criminal Procedure.

The petition shall be signed by the petitioner under penalty of perjury and shall identify the particular property or properties in which the petitioner claims a legal right, title, or interest; the nature and extent of such right, title, or interest in each property; the time and circumstances of the petitioner's acquisition of the right, title, or interest in each property; and any additional facts and documents supporting the petitioner's petition and the relief sought. *See* 21 U.S.C. § 853(n)(3).

The petition must be filed with the Court, as stated in this Notice, and petitioners must add a cover sheet with the case-identifying information, which is at the top of this Notice, so that the Clerk's Office for the Southern District of Mississippi can enter it in the appropriate case. ONLINE FILINGS **CANNOT** BE ACCEPTED THROUGH THE www.forfeiture.gov WEBSITE. Alternatively, we are enclosing a model petition form if you wish to use that in submitting your petition.

A hearing on the petition shall, to the extent practicable and consistent with the interests of justice, be held within thirty (30) days of the filing of the petition. *See* 21 U.S.C. § 853(n)(4). The Court may consolidate the hearing on the petition with a hearing on any other petition filed by a person other than the defendant named above. *Id.* The petitioner may testify and present evidence and witnesses on his/her own behalf and cross-examine witnesses who appear at the hearing. *Id.*

The petition must be filed with the Clerk of the Court:

Office of the Clerk of Court
U.S. District Court for Southern District of Mississippi
501 E. Court Street, Suite 2.500
Jackson, MS 39201

Furthermore, the United States must be served with the petition at the following address:

United States Attorney's Office
Attn: Asset Recovery Unit
501 E. Court Street, Suite 4.430
Jackson, MS 39201

IF ANY POTENTIALLY INTERESTED PARTY FAILS TO FILE A PETITION TO ASSERT HIS OR HER RIGHT, TITLE, OR INTEREST IN THE ABOVE-DESCRIBED PROPERTY, **WITHIN THIRTY (30) DAYS OF THIS NOTICE, OR WITHIN THIRTY (30) DAYS OF THE LAST PUBLICATION OF THIS NOTICE, WHICHEVER IS EARLIER**, THE PERSON'S RIGHT, TITLE, AND INTEREST IN THIS PROPERTY SHALL BE LOST AND FORFEITED TO THE UNITED STATES. THE UNITED STATES THEN SHALL HAVE CLEAR TITLE TO THE PROPERTY HEREIN DESCRIBED AND MAY WARRANT GOOD TITLE TO ANY SUBSEQUENT PURCHASER OR TRANSFEREE.

The United States Attorney's Office cannot provide legal advice. You may want to consult an attorney to protect your interests.

**RESPECTFULLY SUBMITTED**, this the 21st day of October 2026.

J.E. BAXTER KRUGER
United States Attorney

By: DAVID H. FULCHER (MSB 10179)
Assistant United States Attorney
501 E. Court Street – Suite 4.430
Jackson, MS 39201
601-973-2824
dave.fulcher@usdoj.gov

## CERTIFICATE OF SERVICE

I hereby certify that on this date, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which sent notification of such filing to all counsel of record, and I caused to be sent, via FedEx delivery, a copy of this Notice to all known potentially interested parties.

DATE: October 21, 2026.

By: DAVID H. FULCHER
Assistant U.S. Attorney

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
NORTHERN DIVISION

UNITED STATES OF AMERICA

v. CRIMINAL NO. 3:26-cr-43-HTW-LGI

WILLIAM DANIEL ROGERS

**PETITION FOR PROPERTY**

| **PETITIONER INFORMATION** | |
|---|---|
| **Petitioner Name** | |
| **Business/Institution Name** (if applicable) | |
| **Petitioner's Mailing Address** | |
| **Phone Number** (optional) | |
| **Email Address** (optional) | |
| **ATTORNEY INFORMATION (if applicable)** | |
| **Attorney Name** | |
| **Firm Name** (if applicable) | |
| **Attorney Mailing Address** | |
| **Attorney Phone Number** | |
| **Attorney Email** | |
| □ Check here if you are an attorney filing this Petition on behalf of your client. | |

The Petitioner is claiming an interest in the following property:

| Check all that apply | ASSET ID | Property Description |
|---|---|---|
| ☐ | 25-USP-001254 | One (1) WHELAN 35, SN MAA8707 |
| ☐ | 25-USP-001255 | One (1) MARLIN .357, SN 18081129 |
| ☐ | 25-USP-001256 | One (1) GLOCK 17, SN 0088576EN1 |
| ☐ | 25-USP-001257 | One (1) H&R 45-70, SN 297678 |
| ☐ | 25-USP-001258 | One (1) SPRINGFIELD .40 CAL, SN US461060 |
| ☐ | 25-USP-001259 | One (1) RUGER .300-MAG, SN 695-79867 |
| ☐ | 25-USP-001260 | One (1) ROSSI BRAWLER .410, SN 7CD0009806T |
| ☐ | 25-USP-001261 | One (1) KIMBER .45-CAL, SN KU316528 |
| ☐ | 25-USP-001262 | One (1) COLT .357-MAG, SN J80485 |
| ☐ | 25-USP-001263 | One (1) THOMPSON .243, SN P4413 |
| ☐ | 25-USP-001264 | One (1) BENELLI 12-GAUGE, SN U542715U16 |
| ☐ | 25-USP-001265 | One (1) WINCHESTER 30-30, SN 5068270 |
| ☐ | 25-USP-001266 | One (1) BERETTA 9MM, SN BER 83897 |
| ☐ | 25-USP-001267 | One (1) SMITH & WESSON .38, SN CZZ6033 |
| ☐ | 25-USP-001268 | One (1) HENRY ARMY 45-70, SN FFSB46336 |
| ☐ | 25-USP-001269 | One (1) BROWNING .22-CAL, SN 515MV07685 |
| ☐ | 25-USP-001270 | One (1) SPRINGFIELD 30-06, SN 00263MT95M |
| ☐ | 25-USP-001271 | One (1) BROWNING ARMS .300, SN 78975MY351 |
| ☐ | 25-USP-001272 | Four Thousand, Four Hundred Forty Dollars ($4,440) |
| ☐ | 25-USP-001273 | One CHEVROLET SILVERADO BEARING VIN: 1GCUYEED5MZ446925 |

The Petitioner has an interest in the indicated property because (*please explain why you have a valid, good faith, and legally recognizable interest in this asset*)[1]:

If you are attaching any documents that support your claimed interest in the asset(s), please briefly describe how the document supports your petition. If no documents are included, please explain why.

[1] If your Petition includes multiple assets and the responses are not the same for each asset, please print out multiple copies of this page to submit with your Petition. If you have documentation that supports your Petition that you have an interest in the assets (e.g., bill of sale, retail installment agreements, contracts, titles, or mortgages), please include copies of the documents with the submission of the claim.

**DECLARATION**

I attest and declare under penalty of perjury that my petition is not frivolous, and the information provided in support of my petition is true and correct to the best of my knowledge and belief.

I understand that if the Court finds that my petitioner's assertion of an interest in property was frivolous, the Court may impose a civil fine under 18 U.S.C. § 983(h). I also understand that a false statement or claim may subject me to criminal prosecution under 18 U.S.C. §§ 1001 and 1621.

______________________________
Petitioner's Signature
(*Attorney may not sign on behalf of Client*)

______________________________
Petitioner's Printed Name

__________________
Date

**Sworn Notice of Representation**

*This section must be completed by petitioners who are represented by an attorney.*

I have retained the attorney identified above to represent me in this matter. I have received the foregoing petition and found that its contents are accurate to the best of my information and belief. I declare under penalty of perjury that the foregoing information is true and correct.

______________________________
Petitioner's Signature

______________________________
Petitioner's Printed Name

__________________
Date